NO. 07-05-0177-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

SEPTEMBER 1, 2005
_____

IN THE INTEREST OF B.S.D.C. AND K.R.M., MINOR CHILDREN

_____

FROM THE COUNTY COURT AT LAW NO. 2 OF POTTER COUNTY;

NO. 57,952-2; HONORABLE PAMELA SIRMON, PRESIDING
_____

***ON MOTION TO DISMISS***
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Lorenza Lopez, appellant, and Katsiya Vilayouth f/n/a Phoutthaboupha Chanthavly McCuistion, appellee, by and through their attorneys, have filed a motion to dismiss this appeal because the parties have fully compromised and settled all issues in dispute and neither desire to pursue the appeal. Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal. Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


Brian Quinn
Chief Justice